UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGEL LAZO, HECTOR LAZO, JUAN LAZO, and SEGUNDO LAZO, individually and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br><br>-against-<br><br>BERGER SUNSHINE LLC, BUSHWACK 9 LLC, 599 JOHNSON LLC, and DAWSON STELLBERGER, WELLS STELLBERGER, and JON J. KILLKELLEY, as individuals,<br><br>         Defendants. | Case No.: 19-cv-45375 (KAM)(PK) |

**STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE**

This Court, having considered and inspected the Settlement Agreement and Wage and Hour Release between the Parties in the above-captioned action, IT IS HEREBY ORDERED that: (1) the settlement is approved; and (2) the above-captioned action is hereby dismissed with prejudice in its entirety against Defendants with no award of attorneys' fees or costs to any party.

Respectfully submitted,

By: _____
  Adam S. Gross, Esq.

JACKSON LEWIS P.C.

666 Third Avenue, 29th Floor
New York, New York 10017
*ATTORNEYS FOR DEFENDANTS*

By: _____
  James O'Donnell, Esq.

HELEN F. DALTON & ASSOCIATES, P.C.

80-02 Kew Gardens Road, Suite 601
Kew Gardens, New York 11415
*ATTORNEYS FOR PLAINTIFFS*

SO ORDERED on this __20th__ day of __April__, 2021.

__*Peggy Kuo*_____
Hon. Peggy Kuo
United States Magistrate Judge

11